**Order entered April 10, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00166-CR

### SENRICK WILKERSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F08-60213-J**

## ORDER

The Court **DENIES** appellant's April 7, 2014 motion for summary judgment. This appeal, together with the companion appeals, 05-14-00167-CR and 05-14-00168-CR, was dismissed for want of jurisdiction on February 13, 2014.

/s/     DAVID L. BRIDGES
         JUSTICE